No. 09-1281

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| JENNIFER SCHORNHORST, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| FORD MOTOR COMPANY, a Delaware Corporation; MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Company, | ) ) ) | |
| | ) | |
| Defendants - Appellees. | ) | |

**FILED**
Mar 06, 2009
LEONARD GREEN, Clerk

In this action for judicial review of the administrative denial of accidental death benefits, the plaintiff appeals summary judgment for the defendants. The notice of appeal was previously docketed as Case No. 09-1269. This case was inadvertently docketed in error and is unnecessary.

This appeal therefore is dismissed. *Cf.* Sixth Cir. Rule 45(a)(8).

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Leonard Green
Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 06, 2009

Mr. James E. Brenner
Clark Hill
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Mr. Marc L. Newman
Miller Law Firm
950 W. University Drive
Suite 300
Rochester, MI 48307

Ms. Sherry D. O'Neal
Dickinson Wright
500 Woodward Avenue
Suite 4000
Detroit, MI 48226

Re:  Case No. 09-1281, *Jennifer Schornhorst v. Ford Motor Company, et al*
     Originating Case No. : 07-12700

Dear Counsel:

   The Court issued the enclosed (Order/Opinion) today in this case.

                    Sincerely yours,

                    s/Patricia J. Elder, Senior Case Manager
                      for Bryant Crutcher, Case Manager
                    Direct Dial No. 513-564-7034
                    Fax No. 513-564-7096

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue